UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-6373 CBM(FMOx) | Date | April 9, 2008 |
|---|---|---|---|
| Title | M.M., et al vs County of Los Angeles Dept. Of Children & Family Services, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

**Proceedings:**    IN CHAMBERS/OFF THE RECORD

IT IS ORDERED that counsel shall appear on Monday, May 19, 2008 at 10:00 A. M. and show cause as to why this action shall not be dismissed for lack of prosecution. Briefs in opposition to dismissal shall be filed on or before May 12, 2008.

00 : 00

Initials of Preparer    jl